UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 2:25-cv-05766-JLS-SK                              Date: October 24, 2025
Title: Franz Haas Gmbh/srl v. Winebow Inc. et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Kelly Davis | N/A |
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendant:

Not Present                                               Not Present

**PROCEEDINGS:** (IN CHAMBERS)  ORDER TO SHOW CAUSE WHY THE PRESENT ACTION SHOULD NOT BE STAYED PENDING APPEAL AND CONTINUING HEARING ON MOTION TO DISMISS (Doc. 25)

The instant dispute is based in large part on an Italian arbitration award, which this Court confirmed in a prior proceeding.  (*See* Case No. 2:24-cv-10146-JLS-AJR "Prior Action.")  Defendant has appealed to the Ninth Circuit from the judgment in the Prior Action, and that appeal remains pending.  (*See id.*, Notice of Appeal, Doc. 45.)

Having reviewed the briefing on Defendant's Motion to Dismiss Plaintiff's First Amended Complaint (Docs 25, 27, and 28), it appears to the Court that it will need to address the language and enforceability of the arbitration award in the context of this case.  (*See, e.g.*, FAC ¶ 39; Mot., at 10; Opp., at 10.)

Because this is a separate action, the appeal in the Prior Action does not deprive this Court of jurisdiction, however, there may be prudential reasons to stay this action pending a determination from the Ninth Circuit as to the validity or enforceability of the Italian Arbitration Award.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:25-cv-05766-JLS-SK                                    Date: October 24, 2025
Title:  Franz Haas Gmbh/srl v. Winebow Inc. et al

    Accordingly, the parties are ORDERED TO SHOW CAUSE in writing as to why this action should not be stayed pending the issuance of a mandate from the Ninth Circuit in the Prior Action.  No later than **November 7, 2025**, each side shall file a brief of no more than 8 pages addressing the issue.  The hearing on the Motion to Dismiss is continued until **November 21, 2025**.

Initials of Deputy Clerk: kd